**Douglas F. Welebir (State Bar: 039459)**
WELEBIR TIERNEY & WECK
2068 Orange Tree Lane Suite 215
Redlands, CA 92374
Telephone: (909) 335-0444
Facsimile : (909) 335-0452
Email:  dfw@wtw-law.com

Attorneys for Plaintiff, DANIEL HEALY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HEALY, <br><br> Plaintiff, <br><br> v. <br><br> TAFT FEDERAL CORRECTIONAL INSTITUTION, FEDERAL BUREAU OF PRISONS, MANAGEMENT & TRAINING CORPORTATION, <br><br> Defendants. | Case No.: <br><br> COMPLAINT AND DEMAND FOR JURY TRIAL |

Plaintiff, DANIEL HEALY, alleges:

## JURISDICTION

1. The jurisdiction of the court is based upon the Federal Tort Claim Act, 28 U.S.C. §§ 1346(b), 2671-2680 and 28 U.S.C. § 1331.

2. Plaintiff Daniel Healy is an individual with an address at 2480 Irvine Blvd., #353, Tustin, CA 92782 and is a citizen of the United States.

3. As required by 28 U.S.C. § 2675(a) Plaintiff filed an administrative claim in the sum of $5,000,000.00 with the Taft Federal Correctional Institution and Federal

Bureau of Prisons on January 22, 2014 and received by the Federal Bureau of Prisons on February 7, 2014. A copy of the fact page of said claim is attached as Exhibit A.

4. The claim will be deemed denied on August 7, 2014 by the lapse of six months without disposition.

## VENUE

5. Venue is proper under 28 U.S.C. § 1402(b), because the accident which is the subject of this complaint occurred in this judicial district.

## GENERAL ALLEGATIONS

6. That on or about June 8, 2010 Plaintiff Daniel Healy was confined to the Taft Federal Correctional Institution in Taft, California, a facility established, maintained, operated, controlled and supervised by the Defendant Federal Bureau of Prisons.

7. Plaintiff is informed and believes that it was also operated and managed by the Defendant Management & Training Corporation (hereinafter referred to as "MTC"), a private company under contract to the defendant Federal Bureau of Prisons.

8. Said Defendants, and each of them, were negligent and careless in selection, choice, maintenance and supervision of the territory within the confines of the Taft Correctional Institution in location, area and upon property which they knew or should have known was infected by and contaminated by high levels of Coccidioidomycosis spores, thereby exposing the inmates of said institution, including Plaintiff Daniel Healy, to Coccidioides, also known as "Valley Fever".

9. As a proximate result of the negligence of the defendants, and each of them, Plaintiff Daniel Healy's exposure to Coccidioidomycosis led eventually to acute and chronic Coccidioidomycosis with delayed diagnosis and treatment until on or about January 27, 2012 causing the Plaintiff severe and permanent injuries.

10. As a further proximate result of Defendants' negligence, Plaintiff suffered great pain of body and mind and has incurred or will need to incur future expenses for medical attention and care twenty-four hours a day and far in excess of the jurisdictional limits of $75,000.00.

Complaint and Demand for Jury Trial

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment against Defendants, and each of them, and requests compensatory damages, together with interest, costs of suit, attorney's fees, and all such other relief as the Court deems just and proper as well as:

1. Compensatory damages to Plaintiff for past, present, and future damages, including, but not limited to, pain and suffering for severe and permanent personal injuries sustained by Plaintiff, health and medical care costs, together with interest and costs as provided by law;

2. Reasonable attorney's fees;

3. The costs of these proceedings;

4. All sustainable economic damages;

5. Such other and further relief as this Court deems just and proper.

Dated: July 24, 2014                                WELEBIR TIERNEY & WECK

By: _____
Douglas F. Welebir
Attorneys for Plaintiff

Complaint and Demand for Jury Trial

# EXHIBIT A

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Office of the General Counsel<br>CSOSA<br>633 Indiana Avenue NW | Daniel Healy, Claimant<br>c/o Douglas F. Welebir, Esq. (Welebir Tierney & Weck)<br>2068 Orange Tree lane, Suite 215<br>Redlands, CA 92374  (909) 335-0444 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | 03/29/1956 | Not Married | 01/27/2012 | |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Claimant, Daniel Healy, was exposed to and did contract fungal Meningitis secondary to Coccidioidomycosis, also known as Valley Fever, while an inmate at the Taft Federal correctional Institute in Taft, California because of the negligent maintenance, establishment, control and supervision of the grounds and territory within the confines of the Federal Correctional Institute by the staff at that facility commencing prior to January of 2012 and diagnosis of claimant's medical condition on January 27, 2012.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

N/A

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Fungal Meningitis secondary to Coccidioidomycosis which was further complicated by cervical spine abscess which resulted in hydrocephalus as well as severe paresis affecting the muscles of claimant's arms, legs, torso and muscles of respiration, as well as incontinency, and other severe injuries and several surgeries and is dependent upon a care provider 24 hours a day.

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| San Joaquin Community Hospital | 2615 Chester Avenue, Bakersfield, CA 93301  (661) 637-8180 |

**12. AMOUNT OF CLAIM (in dollars)** (See instructions on reverse).

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| | | | $5,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| Daniel Healy | 909-335-0444 | 1/17/14 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2