BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant UNITED STATES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HEALY, | Case No. 1:14−CV−01224 JLT |
| Plaintiff, | |
| v. | STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND CONTINUE SCHEDULING CONFERENCE; ORDER |
| TAFT FEDERAL CORRECTIONAL INSTITUTION, FEDERAL BUREAU OF PRISONS, MANAGEMENT & TRAINING CORPORATION, | (Doc. 11) |
| Defendants. | |

Plaintiff Daniel Healy ("Plaintiff"), Defendants United States of America ("United States")[1], and Management & Training Corporation ("MTC") (collectively "the parties") stipulate, by and through the undersigned counsel, to extend the deadline for the United States and MTC to respond to the complaint to and including December 15, 2014.

The parties further agree to continue the date of the scheduling conference currently set for November 18, 2014 at 9:00 a.m. before Magistrate Judge Thurston in Bakersfield, California to February 13, 2015 at 9:00 a.m. before Magistrate Judge Thurston in Bakersfield, California.

///

---

[1] The United States is the only proper federal defendant because federal agencies cannot be sued for tort claims. *See FDIC v. Meyer*, 510 U.S. 471, 476 (1994); *see also Pink v. Modoc Indian Health Project, Inc.*, 157 F.3d 1185, 1188 (9th Cir. 1998) ("Congress did not expressly authorize suits against federal agencies under the Federal Tort Claims Act.").

The parties base this stipulation on good cause, which includes the need for United States to review the allegations in the Complaint and respond accordingly.

Accordingly, the parties stipulate and agree to continue the time for the United States and MTC to file a responsive pleading to the Complaint and the scheduling conference as specified below, and base it on the above-stated good cause. The parties request the court to endorse this stipulation by way of formal order.

|  | Old Date | New Date |
|---|---|---|
| Defendants' response to Complaint (United States and MTC) | November 21, 2014 | December 15, 2014 |
| Scheduling Conference | November 18, 2014 | February 13, 2015 @9:00 |

Respectfully submitted,

Dated:  November 5, 2014

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/Alyson A. Berg
Alyson A. Berg
Assistant United States Attorney
Attorney for Defendant United States of America

Dated:  November 5, 2014

WELEBIR, TIERNEY & WEEK, APLC

(As authorized 11/05/2014)
/s/Douglas Welebir
Douglas Welebir
Attorneys for Plaintiff Daniel Healy

Dated:  November 4, 2014

BURKE, WILLIAMS & SORENSEN LLP

(As authorized 11/04/2014)
/s/Susan E. Coleman
Susan E. Coleman
Attorney for Defendant Management & Training Corporation (MTC)

**ORDER**

Having reviewed the stipulation submitted by the parties, the court hereby extends the time for the United States and MTC to respond to the complaint to December 15, 2014.  The scheduling conference currently set for November 18, 2014 is continued to **February 16, 2015** at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **November 6, 2014**                  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE