BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant UNITED STATES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HEALY, | ) Case No. 1:14−CV−01224 JLT |
| Plaintiff, | ) |
| | ) STIPULATION FOR DISMISSAL; |
| v. | ) [~~PROPOSED~~] ORDER |
| | ) |
| TAFT FEDERAL CORRECTIONAL | ) (Doc. 23) |
| INSTITUTION, FEDERAL BUREAU OF | ) |
| PRISONS, MANAGEMENT & TRAINING | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to provisions of Federal Rules of Civil Procedure 41(a)(1), the parties hereby stipulate that this action be dismissed with prejudice, with each party to bear their own fees and costs.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  January 8, 2015

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY


/s/Alyson A. Berg
ALYSON A. BERG
Assistant United States Attorney
Attorney for Defendant United States of America

Dated: January 8, 2015

WELEBIR, TIERNEY & WEEK, APLC


/s/Douglas Welebir
Douglas Welebir
Attorneys for Plaintiff Daniel Healy

1

Dated:  January 8, 2015                    BURKE, WILLIAMS & SORENSEN LLP

2

3                                          /s/Susan E. Coleman
                                           Susan E. Coleman
4                                          Attorney for Defendant Management & Training
                                           Corporation (MTC)

5

6                          **ORDER OF DISMISSAL**

7         The above stipulation is APPROVED, and this action is hereby DISMISSED WITH

8   PREJUDICE, each party to bear their own fees and costs.  All pending motions and hearings are

9   VACATED.

10

11  IT IS SO ORDERED.

12     Dated:   **January 12, 2015**              **/s/ Jennifer L. Thurston**
                                           UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28